IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANK MARTINES LAWRENCE,     PLAINTIFF
#07934-20

V.     4:21CV00103-BRW-JTK

BERTHA LOWE, et al.     DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Plaintiff's Complaints against Defendants are DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

This dismissal constitutes a "strike" within the meaning of the PLRA.

I certify that an <u>in forma pauperis</u> appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of March, 2021.


           <u>Billy Roy Wilson</u>         
           UNITED STATES DISTRICT JUDGE