IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANK MARTINES LAWRENCE,     PLAINTIFF
#07934-20

V.     4:21CV00103-BRW-JTK

BERTHA LOWE, et al.     DEFENDANTS

## JUDGMENT

Consistent with the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

I certify that an <u>in forma pauperis</u> appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of March, 2021.


                              <u>Billy Roy Wilson</u>
                              UNITED STATES DISTRICT JUDGE